1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    SHARMILA SN,                              No.  2:22-cv-01788-KJM-AC PS

11              Plaintiff,

12        v.                                    ORDER

13    ADRIAN MATA,

14              Defendant.

15

16        Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to

17   the undersigned pursuant to Local Rule 302(c)(21).  On October 31, 2022, plaintiff filed a

18   "Motion for Reconsideration for the Orders Sent in Bills to the President."  ECF No. 17.

19   Plaintiff's case was closed on October 27, 2022.  ECF No. 15.  Plaintiff is advised that documents

20   filed by plaintiff since the closing date will be disregarded and no orders will issue in response to

21   future filings.  Plaintiff's motion at ECF No. 17 will, accordingly, not be considered.

22   DATED: November 2, 2022

23

24   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                1